AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

| | | |
|---|---|---|
| United States of America<br>v.<br>TONY MACIAS<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) | Case No.  1:20-mj-00009-SAB |

FILED
JAN 1 3 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 7, 2020__ in the county of __Stanislaus__ in the
__Eastern__ District of __California__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 1073(1) | Unlawful Flight to Avoid Prosecution |

This criminal complaint is based on these facts:

See Affidavit, attached hereto and incorporated herein by reference.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Jacob Caudle, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 01/13/2020

_____
*Judge's signature*

City and state: Fresno, California

Stanley A. Boone, U.S. Magistrate Judge
*Printed name and title*

## Affidavit in Support of
## Criminal Complaint and Arrest Warrant

I, Jacob Caudle, being duly sworn state the following:

1.      I am a Special Agent for the Federal Bureau of Investigation (FBI). I have been a Special Agent since November, 2016. I am currently assigned to the Central Valley Gang Impact Task Force. As a part of my official duties, I investigate gang crimes to include, but not limited to, homicide, attempted homicide, drug trafficking, conspiracy, and weapons violations. Since becoming a Special Agent, I have participated and assisted in homicide, drug trafficking, conspiracy and weapons violations investigations. I have also drawn on the knowledge and experience of other FBI Special Agents and other state and federal law enforcement officers who have investigated the aforementioned crimes. In the course of my training and experience, I have become familiar with traditional gang methodologies and structures

2.      The facts set forth in this Affidavit are known to me as a result of reviewing official reports and documents related to this investigation. This Affidavit is not an exhaustive enumeration of the facts that I have learned, but are the facts which I believe support a finding of probable cause to issue a criminal complaint and arrest warrant.

## Scope of Requested Criminal Complaint and
## Summary of the Investigation

3.      This Affidavit is submitted in support of a criminal complaint and arrest warrant charging TONY MACIAS, date of birth May 20, 1993, with traveling in interstate commerce with the intent to avoid prosecution, custody, or confinement for a crime which is a felony in California, in violation of Title 18, United States Code, Section 1073. The underlying facts of this investigation are set forth below.

4.      According to reports of the Stanislaus County Sheriff's Department (SCSD), Case Number S11069108, on November 26, 2011, at 12:49 a.m.,[1] SCSD patrol deputies responded to the report of a shooting that occurred at 1550 Crows Landing Road, Modesto, California. When officers arrived, they located S.G. on the ground in the parking lot of the El Paraiso bar between the bar and the taco truck at the south west side of the parking lot. S.G. was transported by ambulance to Doctors Medical Center and was pronounced dead from multiple gunshot wounds. During the autopsy, a full metal jacketed bullet was removed from S.G.'s right leg. S.G. had several Norteño gang-related tattoos, including "408" on the web of his left hand and a sombrero with moustache and toes on his right bicep. 408 is the area code for San Jose. It is common for gang members to tattoo themselves with reference to an area that their gang covers. San Jose is considered Norteño territory.

5.      SCSD deputies spoke to several witnesses at the scene of the shooting. It was determined

---

[1] Any and all references herein to dates and times are to approximate dates and times.

1

that S.G. was sitting at the southeast table of the El Rey Del Taco truck seating area with a friend and girlfriend. Several males arrived and confronted S.G. at the table. They pulled him from the table and started assaulting S.G. The males dragged S.G. out to the parking area to the north of the taco truck area where somebody in the group said "Shoot him." The witnesses then heard several gunshots. S.G. was left by the males in the parking area north of the El Rey Del Taco truck after they shot him. The males then fled the area. During witness interviews, Detective Mario Moreno was informed that one of the responsible males threw a Modelo beer can at the victim from the vehicle that they occupied and used a derogatory term refer. Video surveillance footage from the Go and Gas Food store located at 1541 Crows Landing Road, which is directly across from the homicide scene, shows an SUV pull into the parking lot in the area witnesses described and multiple subjects exit the vehicle. The video shows that the subjects, all of whom are validated Sureño gang members, approached the taco truck where the victim and his friends were located and then it appears that a fight occurred. It also appears from the video that one of the assailants threw a beverage at the victim, consistent with the witness statements. The fight continued behind the taco truck until the victim was shot and the subjects fled in their vehicle.

6. SCSD deputies processed the scene for evidence. They located five shell casings to the north of the taco truck in an area on the ground with red staining. Two Modelo 12-ounce beer cans were located inside the covered seating area of the taco truck. One Modelo 1-ounce beer can was located in the parking lot northeast of the taco truck. The can was smashed on the bottom and had the opening tab pushed up. SCSD Detective Cory Brown sent the three Modelo 12-ounce beer cans to the California Department of Justice Ripon Laboratory to be examined for DNA evidence.

7. On March 1, 2014, Detective Brown received a forensic report from the California Department of Justice in Ripon, which indicated that a DNA profile from one of the Modelo beer cans matched the DNA of TONY MACIAS associated with CII number A32446626. Sergeant Gregory Buck had personal knowledge of MACIAS from previous investigations and confirmed his CII number and found it matched TONY MACIAS with a date of birth of May 20, 1993.

8. On June 14, 2017, Stanislaus County Superior Court Judge Shawn D. Bessey issued an arrest or *Ramey* warrant for TONY MACIAS and another associate. The warrant stated that there was probable cause to believe MACIAS and his associated had committed violations of California Penal Code Sections 187(a) (Homicide), 182(a)(1) (Criminal Conspiracy) and 186.22(a) PC (Participation in a criminal street gang) in connection with their roles in the murder of S.G. On June 20, 2017, the District Attorney's Office for Stanislaus County filed in Stanislaus County Superior Court a criminal complaint charging MACIAS and two associates with the same violations.

9. Several weeks later, two of MACIAS's associates were arrested for the murder of S.G. One of those associates has entered a guilty plea in Stanislaus County Superior Court in connection with the offense.

10. The murder of S.G. was widely publicized on local news media, as was the fact that

MACIAS, who speaks English, is wanted in connection with the murder.

11. Initial attempts by the SCSD to locate and arrest MACIAS were unsuccessful. However, on December 2, 2019, SCSD received a Crime Stoppers' tip. The tipster stated that MACIAS was wanted in Modesto, California, gave an accurate description of MACIAS and stated he is residing in Uruapan, Michoacán, Mexico. SCSD Deputy Jesse Tovar then contacted the FBI and requested assistance in locating and extraditing MACIAS from Mexico to the United States.

12. Based on the foregoing, I believe that MACIAS may still be in Mexico and that he fled California to avoid arrest and prosecution for the murder of S.G. I therefore submit there is probable cause to believe that TONY MACIAS fled the State of California to avoid prosecution for the murder of S.G. and other violations of California law, as set forth above, all in violation of Title 18, United States Code, Section 1073, and request the issuance of an arrest warrant.

JACOB CAUDLE
Special Agent
Federal Bureau of Investigation

SUBSCRIBED AND SWORN TO BEFORE ME THIS 13th DAY OF JANUARY 2020.

STANLEY A. BOONE
United States Magistrate Judge

Reviewed and approved as to form this 9th day of January, 2020.

/s/ Karen A. Escobar
KAREN A. ESCOBAR
Assistant United States Attorney

3