McGREGOR W. SCOTT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:20-MJ-00009 SAB |
|---|---|
| Plaintiff, | GOVERNMENT MOTION TO DISMISS AND PROPOSED ORDER |
| v. | |
| TONY MACIAS, | |
| Defendant. | |

FILED MAR 0 5 2020 CLERK, U.S. DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

The United States of America, by and through its undersigned counsel, hereby moves for dismissal of the above-captioned matter for the following reason.

The defendant has been apprehended in Mexico and was deported and arrived today in the United States for prosecution in Stanislaus County Superior Court for violations of California Penal Code Sections 187(a) (Homicide), 182(a)(1) (Criminal Conspiracy) and 186.22(a) PC (Participation in a Criminal Street Gang), the predicate offenses for the federal complaint alleging unlawful flight to avoid apprehension. The defendant is currently in the custody of the Stanislaus County Sheriff's Department.

////

////

////

////

////

It is also requested that the arrest warrant that issued herein be recalled.

Dated: March 4, 2020

McGREGOR W. SCOTT
United States Attorney

By: */s/ KAREN A. ESCOBAR*
KAREN A. ESCOBAR
Assistant United States Attorney

## ORDER

IT IS SO ORDERED this 5th day of March, 2020.

STANLEY A. BOONE
U.S. MAGISTRATE JUDGE